# United States District Court
# For The Western District of North Carolina
# Bryson City Division

TIMOTHY A. PRESSLEY,

        Plaintiff(s),                      JUDGMENT IN A CIVIL CASE

vs.                                            2:08cv34

MICHAEL J. ASTRUE,
Commissioner of Social Security
        Defendant(s).

DECISION BY COURT. This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 29, 2009 Order.

                                                      FRANK G. JOHNS, CLERK

May 29, 2009

                                                     BY:  *s/ Tammy Hightower*
                                                             Tammy Hightower, Deputy Clerk