# United States District Court
## For The Western District of North Carolina
## Bryson City Division

TIMOTHY A. PRESSLEY,

    Plaintiff(s),

vs.

MICHAEL J. ASTRUE,
Commissioner of Social Security,

    Defendant(s).

JUDGMENT IN A CIVIL CASE

2:08cv34

DECISION BY COURT. This action having come before the Court by motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's October 29, 2009 Order. Judgment in favor of the Plaintiff and against the Defendant in the amount of $4,500.00 for attorney's fees and expenses awarded pursuant to the Equal Access to Justice Act 28:2412(d).

November 2, 2009

FRANK G. JOHNS, CLERK

    s/Phyllis Freeman
BY: _____
    Phyllis Freeman, Deputy Clerk